**574**

991 P.2d 804

Marie BILLS, individually and as assignee of KTTL, Inc., dba Pacific Beach Club, Inc., an Arizona corporation, Plaintiffs/Appellants,

ARIZONA PROPERTY AND CASUALTY INSURANCE GUARANTY FUND; ABC Corporations 1–10; John Does 1–10, Defendants/Appellees.

No. CV–99–0098–PR.

Supreme Court of Arizona.

Nov. 22, 1999.

### ORDER

JONES, J.

Respondent Arizona Property and Casualty Insurance Guaranty Fund has filed a Notice of Settlement in this matter. No opposition having been filed, and the ten-day period under Rule 6(A)(1), A.R.C.A.P., having expired, and good cause appearing,

IT IS ORDERED vacating our order granting the Petition for Review.

IT IS FURTHER ORDERED dismissing the Petition for Review in this action as moot.

991 P.2d 804

Lydia KUHN, Plaintiff–Appellant, Cross–Appellee,

v.

ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER aka Mercy Healthcare of Arizona, Inc., an Arizona corporation, Defendants–Appellees, Cross–Appellants.

Nos. CV–99–0012–PR, 1 CA–CV 97–0526, CV 95–01959.

Supreme Court of Arizona.

Jan. 4, 2000.

### ORDER

ZLAKET, Chief Justice.

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is denied.

IT IS FURTHER ORDERED that the Court of Appeals Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Chief Justice ZLAKET and Justice FELDMAN dissent from the order denying review.